Nicole MOSS, an individual; et al., Plaintiffs—Appellants,

v.

COMFORT INN WOODLAND HILLS; et al., Defendants—Appellees.

No. 06–56625.

United States Court of Appeals, Ninth Circuit.

Submitted April 9, 2008.*

Filed April 28, 2008.

Jennifer L. Steneberg, Esq., Law Offices of Thomas E. Frankovich, San Francisco, CA, for Plaintiffs–Appellants.

James S. Link, Esq., Pasadena, CA, for Defendants–Appellees.

Before: PREGERSON, D.W. NELSON, and FERNANDEZ, Circuit Judges.

### MEMORANDUM **

The district court's finding that Moss did not have an intent to return to the Woodland Hills Comfort Inn on the date the lawsuit was filed is supported by substantial evidence in the record. The district court's conclusion that Moss lacked standing is affirmed.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.